AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| Ryan Samsel | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:26-cv-00530 |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Civil-Process Clerk
Office of the United States Attorney for the Eastern District of Virginia
919 E Main Street, Suite 1900
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Peter G. Haller
6401 Potomac Ave.
Alexandria VA 22307

(551) 358-2943
PeterHaller@hillstrat.com.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/9/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-00530

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Civil Process Clerk, Office of the United States Attorney for the Eastern District of Virginia</u> was received by me on *(date)* <u>Jun 10, 2026, 2:39 pm.</u>

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* <u>Heidi Brandon</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Civil Process Clerk, Office of the United States Attorney for the Eastern District of Virginia</u> on *(date)* <u>Thu, Jun 11 2026</u> ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .
_____ .

I declare under penalty of perjury that this information is true.

Date: 06/12/2026

_____
*Server's signature*

James Anderson
_____
*Printed name and title*

7305 Hancock Village Dr #102 , Chesterfield, VA 23832
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 11, 2026, 12:05 pm EDT at 919 East Main Street Suite 1900, Richmond, VA 23219 received by Heidi Brandon. Age: 30; Ethnicity: Caucasian; Gender: Female; Weight: 151; Height: 5'7"; Hair: Brown; Relationship: Authorized Agent;

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; COMPLAINT