AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| Ryan Samsel | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  3:26-cv-00530

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Civil-Process Clerk,
Attorney General for the United States
U.S. Department of Justice,
950 Pennsylvania Avenue, NW,
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter G. Haller
6401 Potomac Ave.
Alexandria VA 22307

(551) 358-2943
PeterHaller@hillstrat.com.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    6/10/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-00530

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Civil Process Clerk, Attorney General for the United States U.S.</u>
<u>Department of Justice</u> was received by me on *(date)* <u>Jun 10, 2026, 2:41 pm.</u>

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒   I mailed the documents to <u>Civil Process Clerk, Attorney General for the United States U.S. Department of</u>
<u>Justice</u>, 950 Pennsylvania Avenue Northwest Washington, DC 20530 via USPS Certified Mail, return receipt
requested on *(date)* <u>Mon, Jun 15 2026.</u> Certified mail tracking: 9589071052703732552929. Return receipt
tracking: 9590940280872349305368.

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____
_____ .

I declare under penalty of perjury that this information is true.

Date: 06/16/26

_____
*Server's signature*

LeManuel Stevens
_____
*Printed name and title*

1133 13th Street NW, Suite C4, Washington, DC 20005
_____
*Server's address*

Additional information regarding attempted service, etc.:
I mailed the documents to Civil Process Clerk, Attorney General for the United States U.S. Department of Justice, 950
Pennsylvania Avenue Northwest Washington, DC 20530 via USPS Certified Mail, return receipt requested on (date) Mon, Jun 15
2026. Certified mail tracking: 9589071052703732552929. Return receipt tracking: 9590940280872349305368.

Documents Mailed: SUMMONS IN A CIVIL ACTION; COMPLAINT