IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

RYAN SAMSEL,
Plaintiff,

v.                                              Civil No. 3:26cv530 (DJN)

UNITED STATES OF AMERICA,
Defendant.

## ORDER
### (Granting Motion for Extension of Time)

This matter comes before the Court on Defendant United States of America's (the

"Government") Consent Motion for An Enlargement of Time (ECF No. 10 ("Motion")).  The

Government represents that it is currently examining Plaintiff Ryan Samsel's Complaint (ECF

No. 1) and needs additional time to adequately respond due to competing deadlines and

responsibilities.  (Motion ¶ 3.)  For good cause shown, and because Plaintiff consents to the

Government's request, the Court hereby GRANTS the Government's Motion (ECF No. 10).  The

Government may file a responsive pleading no later than September 8, 2026.  No further

extensions will be granted.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: August 7, 2026