**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| RYAN SAMSEL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | No. 3:26-cv-530 (DJN) |

**UNITED STATES OF AMERICA'S WAIVER OF HEARING**

The United States of America, through undersigned counsel, respectfully waives hearing on its Motion to Dismiss and to Transfer.

Dated: September 8, 2026

Respectfully submitted,

TODD W. BLANCHE
Attorney General

THEOPHANI K. STAMOS
First Assistant United States Attorney

*By*: ____________/s/__________

DENNIS C. BARGHAAN, JR.
MATTHEW J. MEZGER
Assistant United States Attorneys
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
Tel: (703) 299-3891/3741
Fax: (703) 299-3982
Email: dennis.barghaan@usdoj.gov
matthew.mezger@usdoj.gov

*Counsel for United States of America*