**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| RYAN SAMSEL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | No. 3:26-cv-530 (DJN) |

**UNITED STATES OF AMERICA'S MOTION TO DISMISS THE AMENDED COMPLAINT**

The United States of America, through its undersigned counsel, respectfully moves the Court to dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: October 19, 2026

Respectfully submitted,

TODD W. BLANCHE
Attorney General

THEOPHANI K. STAMOS
First Assistant United States Attorney

*By*: /s/

DENNIS C. BARGHAAN, JR.
MATTHEW J. MEZGER
Assistant United States Attorneys
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
Tel: (703) 299-3891/3741
Fax: (703) 299-3982
Email: dennis.barghaan@usdoj.gov
matthew.mezger@usdoj.gov

*Counsel for United States of America*